**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01634-CV

**SHAMOUN & NORMAN, LLP, Appellant**

**V.**

**ALBERT G. HILL, JR., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellant's June 9, 2014 third motion for an extension of time to file a brief.

Appellant shall file its brief on or before July 16, 2014. We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.

/s/ ADA BROWN
   JUSTICE